COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-03-315
-CV

IN RE FORT WORTH OSTEOPATHIC                                 

HOSPITAL, INC. D/B/A OSTEOPATHIC 

MEDICAL CENTER OF TEXAS, 

HEALTHCARE OF TEXAS D/B/A 

OSTEOPATHIC HEALTH SYSTEM OF 

TEXAS, MICHELLE ALLEN, R.N., 

NANCY BERNACKI, R.N., DIANA 

FINNELL, R.N., DIANE FLAHART, R.N., 

SHEILA FORD, R.N., LESLIE HAAS, R.N., 

EDWARD HORTON, R.N., 
CLAUDIA 

KIRKPATRICK, R.N., SUSAN LATTERELL, 

R.N., EVA MAYO, R.N., DEBRA PRICE, 

R.N., RONALD G. ROMO, R.N., CARRIE  

SAMPSON, R.N., DIANA SHULTZ, R.N., 

TINA SMITH, R.N., DEBI STEWART, R.N., 

SHARON WIGGINS, R.N., DEBORAH 

WILLIAMS, R.N. AND ZORANNA 

WILLIAMS, LVN
 RELATORS

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

We have considered the parties’ “Agreed Motion To Dismiss Petition For Writ Of Mandamus As Moot.” It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding.  

Costs of this original proceeding shall be taxed against the party incurring same
, for which let execution issue.

PER CURIAM

PANEL B: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED:  November 19, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.